

## RECEIVED

JUN 0 4 2009
Jun 4 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LEETEMA DANIELS

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**09CV3407**
**JUDGE BUCKLO**
**MAGISTRATE JUDGE KEYS**

vs.

(_____ supplied by the Clerk of this Court)

FranK SHaw I.D.oc STATEVille Warden

Tom DART CooK County SHeriff

SALVADoR A. GORDIREZ, Executive Director C.C.D.OC

J. Boulton-Rowels, PAROle AGent I.D.O.C

Austin Ware, Supervisor's I.D.oc. P.B

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**  **Plaintiff(s):**

    A.    Name: _LEETEMA DANIELS_

    B.    List all aliases: _____

    C.    Prisoner identification number: _#2009000391, at the TiMG    #20090014247 Present_

    D.    Place of present confinement: _CooK County JAiL_

    E.    Address: _2600th CALifornia Chicago, IL_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _FranK SHaw_

         Title: _Warden_

         Place of Employment: _STATESVille Correctional Center Joliet, IL, 60434 60433_

    B.    Defendant: _Tom Dart_

         Title: _CooK County Sheriff_

         Place of Employment: _MaybrooK Drive In Maywood_

    C.    Defendant: _Austin Ware_

         Title: _Supervisor Parole Agent_

         Place of Employment: _3490 West Grand Ave Chicago, IL, 60651_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: _06 C 493_
_Jackson, et al vs. Sheriff of Cook County, et al_

B.   Approximate date of filing lawsuit: _12/26/2007_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _Leetema_
_Daniels—Jackson, et Al_

D.   List all defendants: _Sheriff of Cook County, et al_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _United States District Court, Northern District of Illinois_

F.   Name of judge to whom case was assigned: _David H. Coar_

G.   Basic claim made: _Money Damages_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settled_

I.   Approximate date of disposition: _Don't remember_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.   **Statement of Claim:** PAROLE TIME, DiD OVER TIME

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any
cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if
necessary.)

I Leetena Daniels was held 28 days
over the Parole release date Period.
I was sent to STATEVILLE Correction
Center N.R.C on January 28, 2009 to
or 27
complete my Parole Violation Time as
I was told, My original Out Date was
set at Febraury 4, 2009, I was told by
Clinical, Services that I would be
Sitting there Until the Prison Review
Board make a Proceeding on the alleged
case which they did January 29, 2009
finding Proper Precause even though i was
not found Guilty at Preliminary hearing
at that time and Point, I was then
told once again by STATESVILLE Correctional
Officers that i would still be sitting
at that point in Time, I was then told
by Clinical, Services that i would be leaving

4

March 3, 2009 that morning which i was
released and sent back to Cook County Jail
that Day Were I am Still residing at
this Time ThankYou Again.

Revised 9/2007

V.  Relief: Money Damages, and for the defendants prosecuted,

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Would LiKe MoNeY DAMAGES aNd
for The Defendants to be Prosecuted to
the Extent TiMe PERioD OF THe LAW.

_____

_____

_____

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  26  day of  May  , 20 09

_Lateema Daniels_
(Signature of plaintiff or plaintiffs)

LEETEMA DANIELS
(Print name)

# AT The TiMe          PReSent
2009 0003981 ,    2009 0014247
(I.D. Number)
K 50826

2600 Th S. CALiFoRNiA
(Address)

6

Revised 9/2007